THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 
 Charlotte S.
 and Roy A., Defendants,
 
 Of Whom Roy A.
 is the Appellant.
 
 In the
 interest of C.S., a minor child under the age of 18.
 
 
 

Appeal From Spartanburg County
Edgar H. Long, Family Court Judge

Unpublished Opinion No. 2010-UP-045
 Submitted January 4, 2010  Filed January
26, 2010   

AFFIRMED

 
 
 
 Leslie E. Gambrell, of Laurens, for Appellant.
 Deborah Murdock, of Mauldin, for Respondent.
 Michael T. Thigpen, of Spartanburg, for Guardian Ad Litem. 
 
 
 

PER CURIAM: Roy A. appeals from the family court's final order terminating his parental
 rights to his minor child.  S.C.
 Code Ann. § 63-7-2570 (2008).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling and grant
 counsel's petition to be relieved. 
AFFIRMED.[1]
WILLIAMS,
 KONDUROS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.